UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVEN NUTTER,

    Plaintiff,                                      Case No. 18-cv-13182
                                                              Hon. Matthew F. Leitman

v.

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: December 12, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2018, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764